# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   CALIFORNIA

—oOo—

FILED
AUG 08 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

ORIG

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>VINCENT LEE HERNANDEZ<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER:<br>1:11-mJ-00160 SKO |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 27, 2011, in Fresno County, in the Eastern District of California defendant,

▸ **COUNT 1: Possession of a Firearm by a Convicted Felon**

having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

1998 felony conviction for a violation of California Health & Safety (H&S) Code, Section 11377(a), possession of a controlled substance;
2002 felony conviction for a violation of California Penal Code, Section 459, second degree burglary; and
2002 felony conviction for a violation of California Vehicle Code, Section 10851(a), taking a vehicle without the owner's consent

did knowingly possess a firearm, that is, a German-made AK-47 rifle, which had been shipped and transported in interstate and foreign commerce.

in violation of Title 18, United States Code, Sections 922(g)(1) punishable by a maximum of 10 years imprisonment and a $250,000 fine. I further state that I am a(n) Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

▸ See Affidavit of Special Agent Ryan Stearman, attached hereto and incorporated herein.

_X_ Continued on the attached sheet and made a part hereof.

Signature of Complainant Ryan Stearman
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me, and subscribed in my presence

August 8, 2011      at    Fresno, California

Date                                       City and State

Sheila K. Oberto, U.S. Magistrate Court Judge

Name and Title of Judicial Officer            Signature of Judicial Officer

# AFFIDAVIT OF SPECIAL AGENT RYAN STEARMAN

## I.

### INTRODUCTION.

I, Ryan Stearman, being first duly sworn, hereby depose and state:

1. I am a Special Agent of the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been so employed since September 2005. In the course of my duties as an ATF Special Agent, I have conducted numerous investigations and received training regarding, but not limited to, the trafficking and possession of firearms by prohibited persons and the illicit distribution and possession of controlled substances by various individuals. As a result of said investigations, I have obtained and executed numerous federal arrest and search warrants. I am currently assigned to the ATF Fresno Field Office.

2. Title 18, U.S.C., Section 922(g)(1) makes it unlawful for any person to possess a firearm who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

3. This affidavit is in support of a complaint charging Vincent HERNANDEZ(hereinafter HERNANDEZ) with a violation of Title 18, U.S.C., Sections 922(g)(1). No earlier than July 16, 2011 and no later than July 26, 2011, HERNANDEZ was in possession of German-made model AK-74 rifle that had been stolen on or about July 15, 2011 from a U.S. Army base, Fort Irwin, in California. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all information known to me and other law enforcement investigators. Rather, this affidavit serves to establish probable cause for the arrest of HERNANDEZ.

1

1   4.  On July 26, 2011, members of the Fresno County, California Multi Agency Gang Enforcement Consortium ("MAGEC") served a search warrant at 2472 South 10th Street, Fresno, California. Fresno Police Department Officer Joshua Alexander found a fully automatic German-made, model AK-47 rifle in a detached garage used as a residence by ZAPIEN. ZAPIEN and others were at the residence at the time the search warrant was executed.

5.  Fresno County Sheriff's Deputy Fernando Macias read ZAPIEN his Miranda rights, and ZAPIEN agreed to speak with the deputy. ZAPIEN admitted that the gun was his.

6.  Subsequently, in a videotaped interview, I again advised ZAPIEN of his Miranda rights. ZAPIEN said he understood his rights and agreed to speak with me. ZAPIEN explained that he is a Bulldog gang member, and that he received the firearm from Vincent HERNANDEZ, aka "Garfield," another Bulldog gang member. ZAPIEN said that HERNANDEZ had obtained the firearm through an individual who is not a Bulldog gang member, but is a relative of a Bulldog gang member who works on a military base in California. According to ZAPIEN, the individual who worked on such military base is the individual who stole the firearms. ZAPIEN reported that the gun was given to him in furtherance of the gang, saying that the source of the gun was "putting one back on the street for work for the gang." ZAPIEN said that he had obtained the firearm 4 days prior, but then later said he had obtained the firearm 2 weeks prior. ZAPIEN said that HERNANDEZ recently told him that the gun was "hot" and for him to get rid of it. When asked to explain further, ZAPIEN elaborated that he knew the gun was stolen from a military base. ZAPIEN said the gun did not come with a magazine, but that he and HERNANDEZ obtained two

1  magazines - one that worked and one that did not. ZAPIEN also said
2  that he and HERNANDEZ acquired various caliber ammunition for the
3  gun. Officers recovered 5 rounds of 7.62 ammunition at ZAPIEN's
4  residence during the search warrant.

5  7. On or about July 30, 2011, I interviewed a confidential
6  source (hereinafter referred to as "CS"), who was arrested for
7  possessing the stolen weapons. Subsequent to knowingly and
8  voluntarily waiving Miranda rights, the CS stated that John
9  RODRIGUEZ, a military police officer assigned to Fort Irwin, had
10 stolen the machineguns from Fort Irwin and that the CS had
11 accompanied RODRIGUEZ while meeting with various individuals in
12 attempt to sell the stolen firearms. The CS stated that subsequent
13 to a particular meeting that occurred on or about July 16-17, 2011,
14 RODRIGUEZ obtained an ammunition magazine for the stolen firearms and
15 then delivered the magazine to HERNANDEZ. The CS believed that
16 RODRIGUEZ provided HERNANDEZ with the magazine because HERNANDEZ had
17 already received one of the stolen firearms from RODRIGUEZ. I spoke
18 with the CS on more than one occasion. The CS admitted to not being
19 fully truthful, *about the CS's involvement, sko* and explained that he/she had concerns for his/her
20 safety and that of his/her family.

21 8. Through several interviews I have conducted with RODRIGUEZ'S
22 family members during this investigation, I have learned that
23 RODRIGUEZ and HERNANDEZ have known each other for several years and
24 grew up together in the same neighborhood.

25 9. A review of telephone tolls records for July 2011 for
26 RODRIGUEZ'S cellular telephone revealed that RODRIGUEZ made calls to
27 or received calls from HERNANDEZ'S cellular telephone on 8 occasions
28 between July 16, 2011 and July 17, 2011. There were no other calls

3

1 | between RODRIGUEZ and HERNANDEZ during this month.

2 |     10.  HERNANDEZ has a 1998 felony conviction for a violation of California Health & Safety (H&S) Code, Section 11377(a), possession of a controlled substance; a 2002 felony conviction for a violation of California Penal Code, Section 459, second degree burglary; and a 2002 felony conviction for a violation of California Vehicle Code, Section 10851(a), taking a vehicle without the owner's consent (i.e., possession of a stolen vehicle).

    11.  I know that German-made AK-74 machinguns are not manufactured in California.  Thus, the firearm traveled in and affected interstate commerce.

    12.  I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

_____
Special Agent Ryan Stearman
United States Department of Justice
Bureau of Alcohol, Tobacco,
Firearms & Explosives

Sworn and subscribed to before me
August __8__, 2011

_____
Honorable Sheila K. Oberto
United States Magistrate Judge
Eastern District of California

Reviewed as to form and content.  /s/ Kimberly A. Sanchez