```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
```



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VINCENT HERNANDEZ, )<br>)<br>)<br>Defendant. )<br>_____)<br>) | CASE NO.: 1:11-CR- 00261 AWI<br><br>VIOLATIONS: 18 U.S.C.<br>§922(g)(1) - Felon in<br>Possession of a Firearm |

I N F O R M A T I O N

COUNT ONE:   [18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm]

The Grand Jury charges: T H A T

VINCENT HERNANDEZ,

defendant herein, on or about July 27, 2011, in the County of Fresno, State and Eastern District of California and elsewhere, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

    1998 felony conviction for a violation of California Health & Safety (H&S) Code, Section 11377(a), possession of a controlled substance;
    2002 felony conviction for a violation of California Penal Code, Section 459, second degree burglary; and
    2002 felony conviction for a violation of California Vehicle Code, Section 10851(a), taking a vehicle without the owner's consent

1  did knowingly possess a firearm, to wit, a German-made AK-74
2  machinegun, which had been shipped and transported in interstate
3  commerce.
4      All in violation of Title 18, United States Code, Section
5  922(g)(1).

6  DATED: 8-10-11                          Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By  *Kimberly Sanchez* (signature)
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney