# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
—oOo—

**FILED**

AUG 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

VINCENT HERNANDEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:11-CR-00026 AWI

I, VINCENT HERNANDEZ, the above named defendant, who is accused of being a felon in possession of a firearm, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  8-10-11 , prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
VINCENT HERNANDEZ
*Defendant*

_____
SCOTT QUINLAN
*Counsel for Defendant*

8-10-11
Before _____

UNITED STATES DISTRICT JUDGE